

FILED
MAY 26 2016
Clerk, U.S. District Court
By:_____Deputy Clerk

IN THE U.S DISTRICT COURT
KANSAS

CORNELIUS A HARTZ          CASE No: 14-3237 SAC-DJW
V.
DR DENNIS SALES
CORIZON HEALTH
MR. BRIAN COLE
SHAWNEE CO. JAIL

## LEAVE OF COURT

I Cornelius Hartz Come Now before the Court to allow plaintif response to defendants motion for summary Judgements. A Deadline line was set for April 15, 2016 plaintiff failed to meet that Deadline Due to Drug and alochol abuse. plaintiff is currently in treatment for thoses issues.

I pray the court Allows plantiff response to defendant motion for summary Judgements After it's Oringal Deadline. In the name of Jesus Christ

AMEN

Cornelis Hartz
X Cornelis Hartz